UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23598-CIV-KING/BANDSTRA

WILFREDO DIAZ and all others
similarly situated under 29 U.S.C. §216(B),

    Plaintiffs,

v.

ROSARIO & FAMILY LAUNDRY, INC.
and JULIO ROSARIO,

    Defendants.
_____/

## ORDER ENFORCING SETTLEMENT AGREEMENT AND GRANTING FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court upon the October 22, 2010 Report and Recommendation ("R&R") of Magistrate Judge Ted E. Bandstra (DE #16), recommending that Plaintiff's Motion to Enforce Settlement Agreement and Entitlement to Future Fees (DE #11) be granted. Defendants did not respond to the Motion. (DE #16 at 2). No objections to the R&R were filed, and the time for filing objections has expired.

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

    1.    Magistrate Judge Ted E. Bandstra's August 25, 2010 Report and Recommendation **(DE #16)** be, and the same is, hereby **AFFIRMED and**

**ADOPTED**.

2. Plaintiff's Motion to Enforce Settlement Agreement and for Final Default Judgment Against Defendants **(DE #11)** be, and the same is, hereby **GRANTED,** jointly and severally, in the amount of **two thousand (2,000) dollars**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of November, 2010.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **United States Magistrate Judge Ted E. Bandstra**

<u>*Counsel for Plaintiffs*</u>

**Jamie H. Zidell**
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM

**_Defendants_**

**Julio Rosario**

**Rosario & Family Laundry, Inc.**

8767 NW 139 Terrace

Miami Lakes, Florida 33018